IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 20-0252, DA 20-0435 & DA 20-0434

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

NATHAN HOWARD,

    Defendant and Appellant,

JOSEPH BULLINGTON,

    Defendant and Appellant,

JOHNATHAN HETTINGER,

    Defendant and Appellant.

## ORDER

Appellants' motion to consolidate is GRANTED. It is hereby ORDERED that the above three causes be consolidated for the purposes of appeal under Cause No. DA 20-0252.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 11 2021